UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| **DEANDRE CARDINE TAYLOR,** | **CRIMINAL ACTION** <br> **NO. 5:14-18-KKC-HAI** |
| | **CIVIL ACTION** <br> **NO. 5:16-299-KKC-HAI** |
| Petitioner, | |
| V. | **ORDER** |
| **UNITED STATES OF AMERICA,** | |
| Respondent. | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on Magistrate Judge Ingram's recommended disposition. (DE 111). No objections have been filed regarding this recommendation.

Accordingly, the Court hereby **ORDERS** that Magistrate Judge Ingram's recommended disposition is **ADOPTED** as the Court's opinion, and petitioner DeAndre Cardine Taylor's[1] oral motion to withdraw his motion under 28 U.S.C. § 2255 is **GRANTED**, his motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody (DE 72) as amended (DE 75) is **DENIED**, and no certificate of appealability shall be issued.

Dated January 26, 2017.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

---

[1] The petitioner's name is spelled at least two different ways in the record. The Court will use the name reflected on the docket.